NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644

BRIAN W. IRVIN
Assistant United States Attorney
District of Nevada
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Brian.Irvin@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Maher Fakih and Souheila Fakih,<br><br>            Plaintiff,<br><br>      v.<br><br>Carl C. Risch, Assistant Secretary for Consular Affairs, U.S. Department of State, et al.<br><br>            Defendants. | Case No. 2:20-cv-01961-RFB-NJK<br><br>**Joint Stipulation Requesting the Court to Stay Proceedings** |

The parties, by and through their respective counsel of record, stipulate and request that this Court stay all deadlines in this matter based on the following:

1.     On November 2, 2020, Plaintiffs filed a Complaint (ECF No. 1), requesting the Court to issue of writ of mandamus that compels Federal Defendants to adjudicate the immigration visa application of Souheila Fakih.

2.     Plaintiffs served Federal Defendants on February 1, 2021. The deadline for the Federal Defendants to answer or otherwise plead in response to Plaintiff's Complaint is April 2, 2021.

3.     Counsel for the parties are currently discussing the potential adjudication of Mrs. Fakih's visa application, which may render this lawsuit moot. The parties request that the Court stay this matter pending potential resolution. If the parties can resolve this matter, they will promptly file a stipulation of dismissal.

4.      Parties further request that the Court schedule a status conference in 90 days or another time it deems appropriate if the parties have not entered a stipulation of dismissal.

Respectfully submitted this 23rd day of February 2021.

HOBBALLAH LEGAL GROUP PLC

 /s/ Farah Hobballah
FARAH HOBBALLAH
16030 Michigan Ave., Ste 100
Dearborn, MI 48126

*Attorney for the Plaintiffs*

NICHOLAS A. TRUTANICH
United States Attorney

 /s/ Brian Irvin
BRIAN W. IRVIN
Assistant United States Attorney

*Attorneys for Federal Defendants*

**IT IS SO ORDERED:**

**RICHARD F. BOULWARE, II**
**United States District Court**

DATED this 1st day of March, 2021.