CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar No. 14853
BRIAN W. IRVIN
Assistant United States Attorney
District of Nevada
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Brian.Irvin@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Maher Fakih and Souheila Fakih,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Carl C. Risch, Assistant Secretary for Consular Affairs, U.S. Department of State, et al.<br><br>　　　　Defendants. | Case No. 2:20-cv-01961-RFB-NJK<br><br>**Joint Stipulation and Order of Dismissal** |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that the above-entitled case shall be voluntarily dismissed with prejudice, and each party will bear its own costs and attorney's fees.

　　　　Respectfully submitted this 23rd day of August 2021.

| | |
|---|---|
| HOBBALLAH LEGAL GROUP PLC | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| /s/ Farah Hobballah<br>FARAH HOBBALLAH<br>16030 Michigan Ave., Ste 100<br>Dearborn, MI 48126<br>*Attorney for the Plaintiffs* | /s/ Brian Irvin<br>BRIAN W. IRVIN<br>Assistant United States Attorney<br>*Attorneys for Federal Defendants* |

**IT IS SO ORDERED:**

_____
RICHARD F. BOULWARE, II
United States District Court

DATED this 23rd day of August, 2021.